**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-2255

---

ESTELLE C. GRAINGER,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
02-2135-S)

---

Submitted: January 16, 2003     Decided: January 22, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Estelle C. Grainger, Appellant Pro Se. Thomas Michael DiBiagio,
United States Attorney, Tarra R. DeShields-Minnis, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Estelle C. Grainger appeals the district court's order dismissing her employment discrimination complaint without prejudice. We conclude, as did the district court, that Grainger failed to exhaust her administrative remedies. Accordingly, we affirm for the reasons stated by the district court. See Grainger v. Barnhart, No. CA-02-2135-S (D. Md. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2